**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7429**
_____

HOWELL W. WOLTZ, TEP,

              Plaintiff - Appellant,

        v.

UNITED STATES OF AMERICA; DAVID A. BERKEBILE, Warden,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.   Irene C. Berger, District Judge.  (5:09-cv-01177-ICB)

_____

Submitted:  October 18, 2011          Decided:  October 20, 2011

_____

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Howell W. Woltz, Appellant Pro Se.   Stephen Michael Horn, Assistant United States Attorney, Charles T. Miller, Assistant United States Attorney, Charleston, West Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Howell W. Woltz appeals the district court's order accepting the recommendation of the magistrate judge in part and denying relief on his civil complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Woltz v. United States, No. 5:09-cv-01177-ICB (S.D.W. Va. Sept. 27, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED